UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-0134-LRS |
| Plaintiff, ) | |
| ) | Order Of Dismissal |
| vs. ) | With Prejudice |
| OCTAVIANO RODRIGUEZ, ) | |
| Defendant. ) | |

    Leave of court is granted for the filing of the foregoing dismissal with prejudice and United States' Motion, ECF No. 28, is GRANTED. The court makes no judgment as to merit or wisdom of this dismissal.

    DATED this 23rd day of January, 2012.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Order Of Dismissal With Prejudice - 1
P20113JJ.PBB.wpd